UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAUREL L. SMITH,<br><br>       Plaintiff,<br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>       Defendant. | Case No. 11-5461 BHS-KLS<br><br>REPORT AND RECOMMENDATION |

  This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand. (ECF #12).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g).  This Court shall retain jurisdiction.

  This Court recommends that on remand the Administrative Law Judge shall conduct a *de novo* hearing.

REPORT AND RECOMMENDATION - 1

1 | Given the fact of the parties' stipulation, the Court recommends that the District Judge
2 | immediately approve this Report and Recommendation and order the case **REMANDED.**  A
3 | proposed order accompanies this Report and Recommendation.
4 | DATED this 14th day of September, 2011.

*(signature)*
Karen L. Strombom
United States Magistrate Judge